UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60120-CIV-UNGARO

LATEDRA GILLMORE-WHITE,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

    THIS CAUSE came before the Court upon Plaintiff's Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2414 (D.E. 24).

    THE MATTER was referred to the Honorable Andrea Simonton, United States Magistrate Judge. A Report and Recommendation dated June 4, 2009, has been filed, recommending that Plaintiff's Motion be granted. The parties have failed to file objections to the Report. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding the failure to file timely objections bars the parties from attacking factual findings on appeal). The matter is ripe for disposition.

    THIS COURT has made a *de novo* review of the entire file and record herein, and, being otherwise fully advised in the premises, it is hereby

    ORDERED and ADJUDGED that United States Magistrate Judge Simoton's Report and Recommendation of June 4, 2009, is RATIFIED, AFFIRMED and ADOPTED. It is further

    ORDERED AND ADJUDGED that Plaintiff's Motion (D.E. 24) is GRANTED. Plaintiff's counsel is awarded attorneys' fees in the amount of $4,634.64 pursuant to the EAJA

and pursuant to the assignment of Plaintiff's entitlement to attorneys' fees in this matter to her counsel, Nora Straum, Esq.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of June, 2009.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
U.S. Magistrate Judge Simonton
Counsel of Record